[Nos. 15859-7-I; 15936-4-I. Division One. August 18, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN WESLEY DONALDSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 84-1-02706-8, William C. Goodloe, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.

[No. 14380-8-I. Division One. August 18, 1986.]

VELDA A. WHITE, *Respondent*, v. ALTON S. WHITE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-3-08980-3, Lloyd W. Bever, J., entered March 12, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 7370-6-II. Division Two. August 20, 1986.]

AUBREY R. SCHMIDT, ET AL, *Respondents*, v. THE PUBLIC UTILITY DISTRICT OF CLARK COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 82-2-00130-2, James D. Ladley, J., entered October 7, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 15786-8-I. Division One. August 20, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURENT A. VEREEKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00433-3, Gerald L. Knight, J., entered November 19, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Webster, JJ.